**Order entered May 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01063-CR

**DOMINICK GARDNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-61255-K**

## ORDER

The Court **ORDERS** Charon Evans, as official court reporter of the Criminal District Court No. 4, to file a supplemental record containing State's Exhibit no. 38, within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Charon Evans, official court reporter, Criminal District Court No. 4, and to counsel for all parties.


/s/    ADA BROWN
       JUSTICE